IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAMILY FINANCIAL CENTERS LLC, | : |
| | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| JAY COX AND MARY COX | : NO. 14-5330 |
| | : |
| Defendants. | : |

# ORDER

**AND NOW**, this *25th* day of *February*, 2015, upon consideration of the Motion by Defendants Jay Cox and Mary Cox to Dismiss, or Alternatively, to Decline Jurisdiction and to Transfer Venue (Docket No. 9), Plaintiff Family Financial Centers LLC's Response (Docket No. 11), and Defendants' Reply (Docket No. 12), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** as follows:

1. That portion of Defendants' Motion requesting transfer to the District of Massachusetts is **GRANTED**;

2. This case is **TRANSFERRED** to the United States District Court for the District of Massachusetts, Worcester Division;

3. This Court makes no ruling as to the portion of Defendants' Motion requesting dismissal of Plaintiff's case.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*

RONALD L. BUCKWALTER, S.J.